No. 1170, Misc. DANDY v. MYERS, CORRECTIONAL SUPERINTENDENT. Motion for leave to file petition for writ of certiorari denied.

No. 984, Misc. ANDERSON v. HOLMAN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se*. *Richmond M. Flowers*, Attorney General of Alabama, and *John C. Tyson III*, Assistant Attorney General, for respondent.

No. 766, Misc. LEAMER v. RUSSELL, CORRECTIONAL SUPERINTENDENT;
No. 1007, Misc. HAMLIN v. CALIFORNIA;
No. 1175, Misc. TERRY v. DICKSON, WARDEN; and
No. 1439, Misc. THOMAS v. HERITAGE, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1028, Misc. BARNACKIE v. WARDEN, MARYLAND PENITENTIARY, ET AL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

Nos. 1442, Misc., and 1448, Misc. IN RE WILSON. Motions for leave to file petitions for writs of mandamus denied.